UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINA M. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV216 AGF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant, | ) |

## ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees in the amount of $1,301.02, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of her application for disability insurance benefits and Supplemental Security Income. Plaintiff's attorney requests that the fees be made payable to him as payee. The Commissioner's only objection to Plaintiff's application is the attorney's request that the fees be made payable to him, rather than to Plaintiff. The amount of the fee is not disputed.

Plaintiff's counsel has represented to the Court that he has no objection to Plaintiff being the payee. With regard to the fee amount itself, the Court finds that the request for fees is supported by appropriate documentation and that the amount is reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is

**GRANTED** in the amount of $1,301.02. [Doc. #16]

**IT IS FURTHER ORDERED** that the payment of attorney's fees be made payable to Plaintiff, Regina M. Miller.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of September, 2007.